AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00462 |
| Daryl Johnson, (DOB: XXXXXXXXX) | ) Assigned To : Meriweather, Robin M. |
| Daniel Johnson, (DOB: XXXXXXXX) | ) Assign. Date : 6/4/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building;
40 U.S.C. § 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Lisa Sorgi, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   06/04/2021

*Judge's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*