

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

September 2, 2021

Allen Orenberg
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue
6th Floor
Potomac, MD 20854

Thomas Abbenante
888 17th Street, NW
Suite 1200
Washington, D.C. 20006

    Re:    *United States v. Daryl Johnson and Daniel Johnson*
              Case No. 21-cr-407

Dear Counsel:

    Additional discovery in this case is now available on USAFx and includes the following materials:

- File folder named Second Production. This folder includes a total of 130 files. This folder contains two subfolders:

    1) Sensitive, which contains the following 19 files that are Sensitive pursuant to the terms of the Protective Order; and

| File Name |
|---|
| 0176-MP-3404566_0000001_Redacted |
| 0176-MP-3404566_0000001_1A0000001_0000001_Redacted.pdf |
| 0176-MP-3404566_0000002_Redacted |
| 0176-MP-3404566_0000007_Redacted |
| 0176-MP-3404566_0000008_1A0008938_0000001_Redacted |

| |
|---|
| 0176-MP-3404566_0000009_1A0000002_0000001 |
| 0176-MP-3404566_0000009_Redacted |
| 0176-MP-3404566_0000027 |
| 0176-MP-3404566_0000027_Import_Redacted |
| 0176-MP-3404566_0000028 |
| 0176-MP-3404566_0000028_Import_Redacted |
| 0176-MP-3404566_0000035_1A0000021_0000001_Redacted |
| 0176-MP-3404566_0000035_Redacted |
| 0176-MP-3404566_0000036_1A0000022_0000003_Redacted |
| 0176-MP-3404566_0000036_Redacted |
| 0176-MP-3404566_0000048_1A0000034_0000001_Redacted |
| 0176-MP-3404566_0000050_1A0000039_0000003 |
| 0176-MP-3404566_0000052 |
| 0176-MP-3404566_0000052_Import_Redacted |

3) No Sensitivity Designation, containing the following 111 files.

| File Name |
|---|
| 0176-MP-3404566_0000001_1A0000001_0000002 |
| 0176-MP-3404566_0000003_Redacted |
| 0176-MP-3404566_0000004_1A0000075_0000001_Redacted |
| 0176-MP-3404566_0000004_Redacted |
| 0176-MP-3404566_0000005_Redacted |
| 0176-MP-3404566_0000006_Redacted |
| 0176-MP-3404566_0000006_1A0001873_0000001.zip |
| 0176-MP-3404566_0000007_1A0012614_0000001_Redacted |
| 0176-MP-3404566_0000008_Redacted |
| 0176-MP-3404566_0000010_1A0000001 |
| 0176-MP-3404566_0000010_1A0000003_0000001 |
| 0176-MP-3404566_0000010_Redacted |
| 0176-MP-3404566_0000011_1A0000005_0000001 |
| 0176-MP-3404566_0000011_1A0000005_0000002 |
| 0176-MP-3404566_0000011_1A0000006_0000001 |
| 0176-MP-3404566_0000011_1A0000006_0000002 |
| 0176-MP-3404566_0000011_Redacted |
| 0176-MP-3404566_0000014 |
| 0176-MP-3404566_0000014_1A0000009_0000001_Redacted |
| 0176-MP-3404566_0000015 |
| 0176-MP-3404566_0000015_1A0000010_0000001 |
| 0176-MP-3404566_0000015_1A0000010_0000002 |

| |
|---|
| 0176-MP-3404566_0000015_1A0000010_0000003 |
| 0176-MP-3404566_0000015_1A0000010_0000004 |
| 0176-MP-3404566_0000015_1A0000010_0000005 |
| 0176-MP-3404566_0000015_1A0000010_0000006 |
| 0176-MP-3404566_0000015_1A0000010_0000007 |
| 0176-MP-3404566_0000015_1A0000010_0000008 |
| 0176-MP-3404566_0000015_1A0000010_0000009 |
| 0176-MP-3404566_0000016_1A0000011_0000001_Redacted |
| 0176-MP-3404566_0000016_Redacted |
| 0176-MP-3404566_0000017_1A0000012_0000001_Redacted |
| 0176-MP-3404566_0000017_Redacted |
| 0176-MP-3404566_0000018 |
| 0176-MP-3404566_0000018_1A0000013_0000001 |
| 0176-MP-3404566_0000020 |
| 0176-MP-3404566_0000020_1A0000014_0000001 |
| 0176-MP-3404566_0000020_1A0000014_0000002 |
| 0176-MP-3404566_0000024_Import |
| 0176-MP-3404566_0000026_1A0000015_0000002 |
| 0176-MP-3404566_0000026_1A0000015_0000003 |
| 0176-MP-3404566_0000026_Redacted |
| 0176-MP-3404566_0000029 |
| 0176-MP-3404566_0000029_1A0000016_0000001 |
| 0176-MP-3404566_0000029_Import_Redacted |
| 0176-MP-3404566_0000030 |
| 0176-MP-3404566_0000030_1A0000017_0000001 |
| 0176-MP-3404566_0000030_1A0000017_0000002 |
| 0176-MP-3404566_0000031 |
| 0176-MP-3404566_0000031_1A0000018_0000001 |
| 0176-MP-3404566_0000034 |
| 0176-MP-3404566_0000034_1A0000020_0000001_Redacted |
| 0176-MP-3404566_0000034_1A0000020_0000002 |
| 0176-MP-3404566_0000034_1A0000020_0000003_Redacted |
| 0176-MP-3404566_0000034_1A0000020_0000004 |
| 0176-MP-3404566_0000034_1A0000020_0000005 |
| 0176-MP-3404566_0000034_1A0000020_0000006_Redacted |
| 0176-MP-3404566_0000037_Redacted |
| 0176-MP-3404566_0000038_1A0000023_0000001_Redacted |
| 0176-MP-3404566_0000038_Redacted |
| 0176-MP-3404566_0000039 |

| |
|---|
| 0176-MP-3404566_0000039_1A0000024_0000001_Redacted |
| 0176-MP-3404566_0000040 |
| 0176-MP-3404566_0000040_1A0000025_0000001 |
| 0176-MP-3404566_0000042 |
| 0176-MP-3404566_0000043 |
| 0176-MP-3404566_0000044_1A0000027_0000001 |
| 0176-MP-3404566_0000044_1A0000027_0000002 |
| 0176-MP-3404566_0000044_1A0000028_0000001 |
| 0176-MP-3404566_0000044_1A0000028_0000002 |
| 0176-MP-3404566_0000044_1A0000029_0000001 |
| 0176-MP-3404566_0000044_1A0000029_0000002_Redacted |
| 0176-MP-3404566_0000044_Redacted |
| 0176-MP-3404566_0000045 |
| 0176-MP-3404566_0000045_1A0000030_0000001 |
| 0176-MP-3404566_0000045_1A0000031_0000001 |
| 0176-MP-3404566_0000045_1A0000032_0000001 |
| 0176-MP-3404566_0000046 |
| 0176-MP-3404566_0000047 |
| 0176-MP-3404566_0000047_1A0000033_0000001 |
| 0176-MP-3404566_0000048 |
| 0176-MP-3404566_0000050 |
| 0176-MP-3404566_0000050_1A0000036_0000001 |
| 0176-MP-3404566_0000050_1A0000036_0000002 |
| 0176-MP-3404566_0000050_1A0000036_0000003 |
| 0176-MP-3404566_0000050_1A0000036_0000004 |
| 0176-MP-3404566_0000050_1A0000036_0000005 |
| 0176-MP-3404566_0000050_1A0000037_0000001 |
| 0176-MP-3404566_0000050_1A0000037_0000002 |
| 0176-MP-3404566_0000050_1A0000037_0000003 |
| 0176-MP-3404566_0000050_1A0000037_0000004 |
| 0176-MP-3404566_0000050_1A0000037_0000005 |
| 0176-MP-3404566_0000050_1A0000037_0000006 |
| 0176-MP-3404566_0000050_1A0000037_0000007 |
| 0176-MP-3404566_0000050_1A0000038_0000001 |
| 0176-MP-3404566_0000050_1A0000038_0000002 |
| 0176-MP-3404566_0000050_1A0000038_0000003 |
| 0176-MP-3404566_0000050_1A0000038_0000004 |
| 0176-MP-3404566_0000050_1A0000038_0000005 |
| 0176-MP-3404566_0000050_1A0000038_0000006 |

| |
|---|
| 0176-MP-3404566_0000050_1A0000039_0000001 |
| 0176-MP-3404566_0000050_1A0000039_0000002 |
| 0176-MP-3404566_0000050_1A0000039_0000004 |
| 0176-MP-3404566_0000050_1A0000039_0000005 |
| 0176-MP-3404566_0000050_1A0000039_0000006 |
| 0176-MP-3404566_0000050_1A0000039_0000007 |
| 0176-MP-3404566_0000051 |
| 0176-MP-3404566_0000051_1A0000040_0000001 |
| 0176-MP-3404566_0000053 |
| 0176-MP-3404566_0000054 |
| 0176-MP-3404566_0000054_Import |

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

/s/ Laura Hill

Laura E. Hill
Trial Attorney, detailed to the
District of Columbia