# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 21-cr-407-DLF |
| v. | : 18 U.S.C. § 231(a)(3) |
| DANIEL JOHNSON, | : |
| Defendant. | : |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, DANIEL JOHNSON, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

1

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd

encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.   Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *JOHNSON's Participation in the January 6, 2021, Capitol Riot*

8.   On January 6, 2021, at approximately 2:20 p.m., DANIEL JOHNSON and his father, Daryl Johnson, unlawfully entered the Capitol building by climbing through a broken window next to the Senate Wing Door on the West side of the Capitol. DANIEL JOHNSON and Daryl Johnson remained in the Capitol building for approximately 26 minutes, and they remained together for the duration of their time inside the Capitol.

9.   While inside the building, JOHNSON walked near the Memorial Door, climbed a flight of stairs to the second floor, and walked into the Rotunda. At 2:37 p.m., JOHNSON walked out of the Rotunda toward the East Rotunda doors, where he encountered a line of law enforcement officers. The officers were standing in front of the East Rotunda doors to prevent rioters outside

of the building from entering. Along with a group of other rioters, JOHNSON and his father, Daryl Johnson, rushed the line of law enforcement officers and helped push through the officers and push open the East Rotunda doors, allowing rioters outside of the building to enter. JOHNSON was at or near the front of the group of rioters on the interior of the Capitol when the doors were opened. JOHNSON and his father, Daryl Johnson, remained inside the Capitol and climbed another flight of stairs to the third floor before exiting on the first floor at approximately 2:46 p.m.

10. The day before the Capitol riot, on January 5, 2021, JOHNSON posted to Facebook, "Fuck Biden."

11. After the riot concluded, JOHNSON discussed his participation in the riot on social media platforms. For instance, on January 6, 2021, after JOHNSON had left U.S. Capitol grounds, JOHNSON messaged a third party on Snapchat, "I left already," "I was one of the first ones inside," and "Was fucking wild." The third party responded, "I bet should have shit on nancys desk." JOHNSON then said," Dude I'm sure her office got trashed. I was trying to find a way into the chamber." The following day, on January 7, 2021, JOHNSON posted to Facebook, "Trump 2020!!!"

12. JOHNSON knew at the time he entered the U.S. Capitol building that he did not have permission to enter the building. JOHNSON obstructed, impeded, or interfered with law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which adversely affected commerce and the performance of a federally protected function.

        Respectfully submitted,

        MATTHEW M. GRAVES  
        United States Attorney  
        D.C. Bar No. 481052

By:   */s/ Laura E. Hill*  
      Laura E. Hill  
      Trial Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Daniel Johnson, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12-15-21

Daniel Johnson
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: December 17, 2021

Allen Orenberg
Attorney for Defendant