Date: April 28, 2022

Honorable Dabney L. Friedrich

United States District Judge

United States Courthouse

300 Constitutional Avenue

Washington, D.C. 20001

RE: Daniel Johnson

Dear Honorable Judge Friedrich,

Please understand that I do not condone the events of January 6th, 2021. Acts of violence and intimidation are not how change is facilitated in this country. Running for public office or casting a vote on election day is the way our system is designed and needs to be followed.

I am writing to speak to the character as I know it of Daniel Johnson. I can say that my office had no law enforcement contacts with Daniel Johnson prior to the events of January 6th, 2021, and I can say I was shocked to learn of his involvement. Mr. Johnson comes from a hard-working family in St. Ansgar, Iowa. A family that has been involved with the community and involved in their church.

Your Honor, I have served in law enforcement for over 30 years I have seen the behavior of groups of people, the emotion that can come from being a part of a group and actions of individuals while being a part of this group. These actions are not typical actions that a person would display individually. I believe that Mr. Johnson's actions on January 6th, 2021, are out of character for him, these actions are not actions I have seen from Mr. Johnson in Mitchell County where I serve as sheriff.

I have met with Mr. Johnson after his arrest involving his actions on January 6th, 2021, and believe that the behavior he displayed in Washington, D.C. is not behavior the country or my office will ever see again. I believe he has realized his actions did not solve an issue but only created more for himself and family. The effects of Mr. Johnson's actions on January 6th, 2021, will remain with him the rest of his life.

Your Honor, January 6th, 2021, should never have happened. January 6th, 2021, does not define this country. Your Honor, please consider the character of Daniel Johnson as I know it when deliberating his fate. On June 1st, 2021, he will be sentenced in your court, and I believe the sentence you hand down will be in the best interest of the country and Mr. Daniel Johnson.

Respectfully submitted,

Mitchell County, Iowa Sheriff

Gregory Beaver

Brian Brunckhorst

Benbrook, TX 76126

Feb. 10th, 2022

Honorable Dabney L Friedrich

United States District Judge

United States Courthouse

300 Constitution Ave NW

Washington, D.C. 20001

Dear Honorable Judge Friedrich:

My name is Brian Brunckhorst, Owner of Advantage Laundry, Inc. (a 7-store chain of coin laundries in the San Francisco Bay Area), Author of, *"Secrets of Buying and Owning Laundromats"*, and former Vice Chairman of the board of the national Coin Laundry Association.

I first met Mr. Johnson attending a national laundry trade show (Clean Show) in 2005 and we became instant friends and have been so ever since. We have spent time together both professionally and personally and he and his family have grown close to my family as well.

Professionally: Mr. Johnson has been a laundry industry leader over the last ten plus years, serving not only for his local coin laundry affiliate, but also nationally, on the Coin Laundry Association's Board of Directors, where he held the role of Chairman in 2021. He is very responsible, caring, and giving person. He has donated countless hours of time and tens of thousands of dollars to the betterment of the laundry industry. He and his wife, Lisa, helped convince lawmakers, in the state of Iowa, to forego imposing a sales tax on the self-service laundry industry because of its regressive nature of adding a tax to low-income individuals who use Laundromats to keep their clothes clean. Over the last several years, they have spent a great deal of their time helping the association's foundation (LaundryCares Foundation) plan and direct free laundry days throughout the US.

Personally: I am proud to call Daryl a friend. Over the years he and his family have vacationed together with our family, and we have gotten to know him very well. He is a good family man who cares deeply for his family and his community. If a neighbor or a friend is in need, Daryl is always the first person to help in any way he can. He is the kind of guy that would pull over to help a stranger change a tire, or neighbor mend a fence. That is just who he is.

Your Honor, I ask that you please be lenient with your sentencing of Daryl. He's a good man.

Sincerely,

*[signature]*

Brian Brunckhorst

**BRIAN T. GRELL**
EASTERN FUNDING LLC
NY, NY 10001

February 28, 2022

Honorable Dabney L. Friedrich
United States District Judge
United States Courthouse
300 Constitution Avenue
Washington, D.C. 20001

RE: Daryl Johnson of St. Ansgar, Iowa

Dear Honorable Judge Friedrich:

By way of introduction, my name is Brian Grell and I am the Co-founder of Eastern Funding LLC, a specialty finance company that specializes in loans to small businesses, in particular the Coin Laundry Industry. Eastern presently is owned by Brookline Bank, an 8 billion dollar bank in Boston. I am also the past Chairman of the Coin Laundry Association (CLA), an association that serves the Coin Laundry Industry. I also serve as the President of the LaundryCares Foundation(LCF) , a 504 (C)(3) Charitable organization that serves the coin laundry industry.

It is in this capacity that I first met Daryl Johnson 8 years ago. Daryl was an applicant to become a member of the Board of Directors of the CLA. Ironically before I met Daryl my wife met the Daryl's wife, mother and father. She came to me later that day and said that she had met the Johnson's and that I needed to do business with "that family". My wife has always had a sixth sense in judging character. She did not know that Daryl was applying for the board. The very next day I met Daryl and talked about his business and learned why he wanted to serve on the all volunteer board. This was the beginning of not only a 8 year impeccable business relationship but a friendship with Daryl and his wife Lisa. During my tenure as Chairman Daryl became my go to board member always making himself available for any task or cause. In particular Daryl and his wife shared the vision of the LaundryCares Foundation. Daryl's energy, passion and enthusiasm to make a difference in underserved communities was not only infectious with other board members and coin laundry owners but was also an inspiration for me to personally serve as its President. No one in our industry has devoted as much personal time and money as the Johnson's. His efforts over the years earned him the coveted award "CLA member of the year" Daryl was subsequently voted by his peers to follow me as Chairman of the CLA.

Over a 35 year career serving the laundry industry I have had the privilege to know and work with many successful business owners, none have a bigger heart and willingness to serve than Daryl. Over the last year the events that took place on Jan 6th have had a huge impact on most of us and certainly on Daryl and his family. I'm convinced if Daryl had a chance to do it all over again he still would have attended the rally but would have exercised restraint from entering the Capitol.

It is my sincere hope that the court exercises compassion when determining his sentence. I hope and pray that the events and con sequences of his actions on Jan 6th do not put a damper on his enthusiasm, his relationships and most of all, his unyielding willingness to give back to his families in need...that would be a travesty. More people should just have a zest for life the way Daryl does.

Thank you for your service

**Daniel Jensen**

Wethersfield, CT 06109

2/24/2024

**Honorable Dabney L Friedrich**

United States District Judge

United States Courthouse

300 Constitution Ave NW

Washington, D.C. 20001

Dear **Honorable Judge Friedrich**:

I am a teacher at Wethersfield High School, Wethersfield CT; Manchester Community College, Manchester CT; and Central Connecticut State University; New Britain CT.

I have been a close friend of Mr. Johnson for almost thirty-five years, since he was in high school. I have had the opportunity to see him grow and develop from a teenager to a responsible adult and loving husband and father. Mr. Johnson has worked hard to maintain a healthy marriage as well as to work with others in their marriage and family relationships. He is a good son to his parents as well and is involved with them in their retirement years.

We became close friends, more like brothers after the passing of his brother, a close friend of mine, in 1987. Mr. Johnson became another brother to me, a relationship that has been extremely significant to me, especially knowing he was there when my own brother passed away in 2000.

Something I admire about Mr. Johnson is that he is an extremely passionate person. What ever he pursues, he pursues completely and with his whole being. In addition to his commitment to his family he has worked to build a successful business. He has struggled through difficult times and celebrated the good times. As a business owner, I know that he is committed to the well being of his employees. Mr. Johnson has been involved with a national organization through his business investing in community outreach opportunities through his business. Recently I have been impressed by the

commitment he has shown to his wife in traveling to Boston for medical care for her not available any closer to them.

I believe that Mr. Johnson should be treated with compassion especially considering the work that he has done in several communities through his business, as well as the outreach opportunities that has provided him. I believe that Mr. Johnson should be treated with compassion considering how he looks after his immediate family as well as his parents. Most strongly, I believe that Mr. Johnson should be treated with compassion because of the person that he is, the example that he sets for others around him and the value that he holds as a man.

Sincerely,

*[signature: David E.]*

**Daniel Jensen**

Elaine Johnson

Andover, MN 55304


February 23, 2022

Honorable Dabney L. Friedrich
United States District Judge
United States Courthouse
300 Constitution Ave. NW
Washington, DC  2001

Dear Honorable Judge Friedrich:

My name is Elaine Johnson, and I am a retiree living in Andover, MN. I have known Daryl Johnson and his family for over 35 years. We were neighbors in the small town of St. Ansgar, Iowa, and our families have shared an intimate bond of friendship over the years.

I have known Daryl to be hardworking in his family's business as a youth, trusted in the community as a well-reputed home remodeler, and an honest businessman in owning over a dozen laundromats, two of which were destroyed in the Minneapolis riots last year.

Daryl is dedicated to his wife and children, supportive of his mother and father (former town mayor of five years), and a trusted member of the community. I personally have invested money in Daryl's businesses, admiring his strong work ethic and honest business practices.

I would earnestly request that Daryl be treated with compassion and leniency in this court case. Daryl has deeply suffered emotionally and financially, impacting his home and community life.

Thank you for your consideration.

Sincerely,

Elaine Johnson

**Dr Dana and Howard Johnson III**

Rock Island IL. 61201

02/07/2022

**Honorable Dabney L Friedrich**
United States District Judge
United States Courthouse
300 Constitution Ave NW
Washington, D.C. 20001

Dear **Honorable Judge Friedrich**:

Dana is a Doctor of Pediatric Physical Therapy working with high risk infants for the State of Iowa.

Howard is a Chemical Engineer/MBA working in the water industry.

We have known Daryl and his wife since February, 2000 (22 years). He was voluntarily providing marriage counseling to couples like us who needed help. He devoted his entire weekend working with us as he had done for so many other couples. He also volunteered seminars in various churches with his marriage ministry. He and his wife became very close friends to us as well as to our children.

Throughout the years, he never hesitated to drive 6 hours to help us with house projects or when we needed assistance.

Daryl recognizes how important the family/marriage relationships are and demonstrates this on various platforms.   He was always active in his children's school activities and continues to assist his parents who lives nearby.  He volunteered along with his wife to comfort those in grief/need within his community during a time of disaster ie; fire, flood etc.

Another example of Daryl's kindness and generosity was allowing a troubled friend of his daughter while they were in high school to live with them. He and his wife

loved and supported this young lady and gave her a second chance. He and his wife also opened up their home to foreign exchange students.

Daryl has always given his time to others unselfishly.  He always has a smile on his face and an encouraging word.

Daryl sees the good in people long before others see it in themselves. He is a God fearing, moral, honest, hard working, generous and selfless individual.  His exemplary standard is achieved by few. We are honored to be considered his friend.

Sincerely,


Dr Dana and Howard Johnson III

**James Whitmore**
Gloucester, MA 01930

February 8, 2022

**Honorable Dabney L Friedrich**
United States District Judge
United States Courthouse
300 Constitution Ave NW
Washington, D.C. 20001

Dear **Honorable Judge Friedrich**:

I am semi-retired from forty years in the self service Laundry industry, Immediate Past Chair of the LaundryCares Foundation, Past Chair of the Coin Laundry Association, a current Laundry owner and commercial landlord. Also, married 32 years to Theresa, and father of a son (25) and daughter (21).

Daryl and I have served together on CLA Board and LaundryCares Foundation Board. Daryl has always shown up as passionate, and out spoken. He is honest, straight forward, what you see is what you get kind of guy. He and I have shared similar career histories as landlords and laundry owners. Serving on a national Board together is also, inherently, a point of social connection with Board work, evening cocktails, and shared meals. Over the ten plus years I have known Daryl, it has been the last six years that we became friends. As part of our Foundation community outreach, we produce Free Laundry and Literacy Days in urban centers across the country, no one out shone Daryl and his wife Lisa in their passion and dedication to these events. I also know that Daryl and Lisa lead impactful large group couples work in their Church community. Our work together in the Laundry space community rose above our polar opposite political views, upon which we would often have playful but honest discussion and ribbing. I experience Daryl as an exemplary family man with loving, honest and supportive relationships with his mother and father, children, etc.  I in no way condone his actions January 6th 2021. He is entitled to his views and actions, as long as they are expressed with in the bounds of law and best interests of all.

It is my sincere hope that the application of justice will show flexibility and creativity to empower the emergence of Daryl's best self, consistent with the broad context in which his crime was committed. Thank you for your work Your Honor.

Sincerely,

**James Whitmore**

Jeff Gardner

St. Paul, MN 55104

Honorable Dabney L Friedrich
United States District Judge
United States Courthouse
300 Constitution Ave NW
Washington, D.C. 20001

Dear Honorable Judge Friedrich,

I have known Daryl Johnson for the past 12 years through our involvement in the trade association that serves the Laundromat industry. I am not writing as a representative of that association however, I am going to describe Daryl from the perspective of leadership in that association during the time I served as the Board Chair of the Coin Laundry Association for the calendar year of 2016 and as the president of Laundry Cares Foundation from January 2017 through December 2020.

Over the past decade the leadership of the Coin Laundry Association has focused a large part of our efforts in connecting laundries to communities. As a voluntary trade association, we have to lead by example to effect change. Daryl was the example.

It started 10 years ago as a new board member, Daryl took on our fledging project to creating a "Free Laundry Day" program to give laundry owners a way to promote their business while giving back to the less fortunate. The design Daryl helped create was not focused on building the customer base but providing a connection to the most at risk in the community a laundry was serving. The "Free Laundry Day" model Daryl lead creating marketed to churches and homeless shelters focusing on the segment of the community that could not afford to do laundry. (see website)

Videos of Our Charity Events and Literacy Programs at Laundromats (laundrycares.org)

In 2016 Laundry Cares Foundation launched an early childhood learning element to our programing. Again Daryl was the first to jump on board and promote the programing by buying our first version of literacy centers for all of his laundries and promoting the concept to other laundry operators. And hosted the first partnerships in Minnesota in his stores. (see the below video)

(1797) NLM Outreach - Wash and Learn (St Paul, MN) / Greater Midwest Region - YouTube

Over the last ten years Daryl and his wife Lisa have spent thousands of hours and dollars to helping the most needy customers the laundry industry serves. I would guess that over 80% of that time and money was invested in laundries he had no connection to or would ever benefit one cent from. Under my presidency of the Laundry Cares Foundation Daryl oversaw the "Free Laundry Day" program this involved managing the committee that selected the national sites for our "Free Laundry Day's", developing and updating the play book we used plan and execute these events and integrating the literacy component into every "Free Laundry Day"

Finally, while I do not condone Daryl's decision to enter the US Capitol on January 6th there are very few people I know who have given so much the help more people with no protential benefit to himself.

Jeff Gardner

Past Board Chair Coin Laundry Association

Past President Laundry Cares Foundation

Lance Srp
Austin, MN 55912
@yahoo.com

20 February 2022


Honorable Dabney L Friedrich
United States District Judge
300 Constitution Ave NW
Washington, D.C. 20001

Dear Honorable Judge Friedrich:

I am writing on behalf of Mr. Daryl Johnson. I am a retired Navy Commander and am now a commercial airline pilot.

I met Daryl through a church youth group over 35 years ago. We became closer through our wives, who have been best friends since high school. I have always known him to be of high moral character, which is why I am happy to write this letter of reference for him. I understand the seriousness of this case but ask the court for leniency.

Daryl is a devoted husband and father. Wanting to help others, he and his wife became certified marriage counselors and later financial counselors. Thanks to them, many marriages were saved and are now stronger. They even gave one teenager from a troubled home a better life by taking her in and raising her as her own.

In the local community, Daryl is a well known supporter of our veterans. Any time the American Legion needs a volunteer, he is there. Every Christmas season for as long as I can remember, he has been placing wreaths on the headstones, and on Memorial Day he is there with flags doing the same. But I would say that more importantly, he is there to listen and to console when needed.

Even with the time involved with running his business, he finds time to give back to the communities of his customers. He was a leader of Laundry Cares Foundation, whose mission is to "enrich the communities of our members through programming that addresses unmet needs of laundry customers." As a leader of the foundation, he was able to connect local communities with much-needed resources, from books to food to housing information.

It is my sincere hope that the court take this letter into consideration in the sentencing of Daryl Johnson. Despite the current case, I still believe in Daryl

and ask the court for leniency in sentencing to allow him to continue giving back in the ways I mentioned above.

Sincerely,

*Lance Srp*
Lance Srp

# Paul A. Pettefer

@gmail.com

Lake Charles, LA 70605

337-

March 15, 2022

**Honorable Dabney L Friedrich**
United States District Judge
United States Courthouse
300 Constitution Ave NW
Washington, D.C. 20001

Dear Honorable Judge Friedrich:

I own four coin laundries in Lake Charles, Louisiana, and have know Mr. Daryl Johnson through our shared service in the Coin Laundry Association (CLA) over the past decade or so.  I entered the coin laundry business as a vehicle to pay my own way to do ministry work in our city (such as theCityShouldBeDifferent.com, and salestreet.org).  In addition to the laundry business, I have a barbecue restaurant, PaulsRibShack.com, and work in other community efforts, some led by me, such as EmploymentIsBetter.com, as well as ones led by others, such as LaundryCares.org, a part of the CLA.

Through our common service as volunteers for the CLA, I have worked alongside Mr. Johnson for 6 years as a board member, and before that for several years as a CLA member.  Through this window of our common CLA volunteer activity, I have watched Mr. Johnson and his wife leading the pack on our board for volunteering, in particular, for Laundry Cares events.  They went, at their own expense, to dozens of events and pre-event setups, where we put on free laundry days, which are a big community hug, where laundry owners open their stores for free laundry to the community.  This has inspired numerous other volunteers to do more for their community all over the country!  He has also worked for our Laundry Literacy initiative, to use laundromats to advance children's literacy around the country.

During our time at these CLA and Laundry Cares events, I have become real friends with Mr. and Mrs. Johnson.  I share a common thread through the Christian faith with Mr. Johnson, and we have talked on the phone between meetings and encouraged one another and prayed.  Daryl is not a fair-weather friend.  When Hurricane Laura ripped through Lake Charles August 2020, he called me right afterwards, ready to gather a crew and come help me with demolition and to bring a roofing crew he was connected with to help.  I put him off, as I was doing triage and figuring out what items needed doing

first and assessing the next steps.  While that was going on, he advised me on things he learned from rebuilding his stores which were damaged earlier that year.  When a 2nd Hurricane, Delta, made a direct hit on us a few weeks later, he called again and was making plans to bring a crew down to help us!  While I ultimately didn't need his crew's help, it is clear to me that giving sacrificially to help others is a regular part of his story.  I have heard other stories from them of helping people in need, from responses natural disasters like mine, to helping employees on many occasions, to helping people when personal tragedies arise.

As you contemplate the sentencing of Mr. Johnson, I respectfully request that you take into consideration his quality history and character.  He is a loving husband, a quality business owner who cares for his teammates, and a community servant.

In light of this, I humbly and respectfully request that you treat him with the utmost compassion in determining his sentence.

Sincerely,

Paul A. Pettefer

# STEVEN H. WOOD

## WEST DES MOINES, IA 50266
@YAHOO.COM

April 5, 2022

Honorable Dabney L. Friedrich
United States District Judge
United States Courthouse
300 Constitution Avenue
Washington, D.C. 20001

Dear Honorable Judge Friedrich:

I am writing to you on behalf of Daryl Johnson of St. Ansgar, Iowa.  By way of my own background, I am 64 years old, and I am a Certified Public Accountant (Inactive Status) and currently serve as Senior Vice President & Chief Financial Officer of Ruan Transportation Management Systems, Inc. a 90-year-old family-owned company headquartered in Des Moines, Iowa with approximately 4,000 drivers in the U.S.  I have served in this capacity for the past nine years and have served in similar executive roles during my career, including the Executive Vice President & Chief Financial Officer of Maytag Corporation where I was employed from 1989 to 2013.

I have known Daryl Johnson for approximately six years.  Mr. Johnson assisted my wife before I became introduced to her when she was undergoing a difficult divorce and relocated to St. Ansgar, Iowa.  Not only did Mr. Johnson and his wife assist her with her relocation and settlement into this new community he continued to assist her any number of house maintenance requirements for several years.

Mr. Johnson had previously provided Christian marriage counseling, to my understanding, numerous Iowa couples; and Mr. Johnson provided pre-marital counseling to my wife and me. He ultimately obtained his clergy license at our request to officiate our marriage ceremony in 2017.

Mr. Johnson is a successful businessman owning and operating many high-quality laundry facilities, some of these in more impoverished areas of Minneapolis where residents do not have a washer or dryer in their residence.  While establishing this family business, Mr. Johnson and his wife both have been involved in the Laundry Literary Coalition (https://laundrycares.org/laundry-literacy-coalition/) promoting reading among children in more impoverished areas in various cities in the country.

April 5, 2022
Honorable Dabney L. Friedrich
Page 2


There are certainly many more positive virtues I might extol of Mr. Johnson, such as his integrity and quality of character, but in respect of your time let me just pray that you might consider the latitude available to you in your purview of this matter to consider the compassion that might be extended to Mr. Johnson.  Let me just conclude by saying that I firmly believe that the States of Iowa and Minnesota, along with the country, would be better served by extending such compassion to Mr. Johnson whereby he could continue to be a productive citizen.

Thank you for your time and consideration of this plea for compassion in this legal matter.

Sincerely,

*[signature]*

**William G Kettlewell**

Centralia, WA 98531

@gmail.com

February 21, 2022

**Honorable Dabney L Friedrich**

United States District Judge

United States Courthouse

300 Constitution Ave NW

Washington, D.C. 20001

Dear **Honorable Judge Friedrich**:

Having served 49 years with Baptist Mid-Missions as a missionary in Brazil, I am now a Missionary Emeritus, retired, and serving as an elder in my church.

While living in Austin, Minnesota, during our furlough from Brazil in 1990 we developed a friendship with Daryl Johnson's family.  During the years since we have maintained a friendship with the Johnson family and Daryl.  It was a privilege to watch Daryl grow into what we considered a very responsible young man.  Seeing Daryl successfully facing the struggles of married life demonstrated for me his perseverance and determination to maintain and grow his marriage. As a result he and his wife were able to work with and help other young married couples.  Having witnessed Daryl's conscientious work ethic, I was not surprised to see him start and succeed in his own business.

Witnessing Daryl facing struggles and coming out a better man was very encouraging to me.  In school, work, and marriage he faced difficulties head on in such a way that he not only came out a better and more mature, young man, but was also able to pass on his experience by helping others who faced similar struggles.

*William G Kettlewell*