## Statement to Judge Friedrich

In the summer of 2020, I watched my parents struggle with their businesses with Covid lockdowns. The riots surrounding George Floyd directly impacted my family as well, as two of their stores were vandalized and looted. Watching on video cameras as people came in and destroyed what I spent hundreds of hours to help my parents build was devastating. The police wouldn't respond, and we were left to pick up the pieces. Video was turned over to the police and FBI and nobody was held accountable. This left me feeling like the government doesn't care about its people, and a feeling of helplessness. Then we had the elections and signs that there was something fishy that happened. And again, it looked like nobody cared.

I came to DC on January 6th with no malicious intent, I just wanted to voice my concern, and make sure the constitution was being upheld. I attended the rally with thousands of other people that I felt were like minded.

The mob was irritated and frustrated and entered the capitol, I was swept away with them. I didn't cause any destruction, or hurt anyone. I even stopped others from damaging property.  When asked by an officer to leave, I immediately complied and left the building. My actions of getting swept away in a mob leave me with deep feelings of regret and is one of the most shameful events of my life.

My involvement with that day is absolutely inexcusable. My arrest and felony conviction has caused a lot of pain to my family. I've been harassed and so has my family. My actions have cost me dating relationships, friendships and compromised the purchase of the roofing company that I currently work for. The conviction will make securing financing more difficult and impact my reputation in our small community for the rest of my life. My voice has forever been silenced by losing my right to vote.

I have been working toward being in a place to purchase Weather Shield from my boss. The outcome of sentencing is going to directly effect both my ability to finalize that business move and the welfare of my crew.

The mistakes that I made when I was younger made me learn how to repair my reputation and relationships. This felony conviction is much worse. I am prepared to face the challenges this brings head on. I know that it will be a long road ahead of me, but with time and effort, I will eventually be able to overcome.

I respectfully ask for forgiveness for my actions. It was never my intent to do any harm to anyone or anything. I regret my actions on January 6th and am willing to accept whatever punishment the court feels is appropriate.