**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-407-DLF** |
| | **:** | |
| **DARYL JOHNSON and** | **:** | |
| **DANIEL JOHNSON,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT**
**TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter.   Exhibit 1 was obtained from the closed-circuit video system (CCV) inside the U.S. Capitol.   Exhibits 2 and 3 were obtained from devices of other January 6, 2021 rioters near Daryl and Daniel Johnson.   The United States does not object to releasing these exhibits to the public. The exhibits are:

1.  Government Exhibit 1 is a video approximately 3 minutes 56 seconds in length from the U.S. Capitol's CCV system, which shows the area inside the Capitol near the East Rotunda doors between 2:36pm and 2:40pm on January 6, 2021.   Daryl and Daniel Johnson first appear at 43 seconds into the video.   At 1 minute, 32 seconds into the video, the Johnsons join other rioters in pushing forward and breaching the East Rotunda doors at approximately 2:38 pm.

2.  Government Exhibit 2 is a video approximately 2 minutes 30 seconds in length that shows rioters approaching the Capitol's East Rotunda doors on January 6, 2021 and yelling "open the door" and "let them in" while an alarm is sounding in the background.

Daniel Johnson can be seen at 1 minute, 15 seconds into the video, and Daryl Johnson can be seen at 1 minute, 19 seconds into the video.   The push to open the East Rotunda doors which included the Johnsons begins around 1 minute, 40 seconds into the video. The Johnsons exit the video and head up the stairs at 2 minutes, 15 seconds into the video.

3. Government Exhibit 3 is a video approximately 1 minute, 51 seconds in length that shows rioters approaching the Capitol's East Rotunda doors on January 6, 2021, and yelling "get out of the way," "your life is not worth it," "open the door," and "push" while an alarm is sounding in the background. The push to open the East Rotunda doors which included the Johnsons begins around 56 seconds into the video. Daryl Johnson can be seen at 1 minute, 16 seconds into the video.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:   /s/ Samuel S. Dalke
        SAMUEL S. DALKE
        PA Bar No. 311803
        Assistant U.S. Attorney, Detailee
        U.S. Attorney's Office
        601 D Street, NW
        Washington, D.C. 20001
        717-515-4095
        Samuel.S.Dalke@usdoj.gov

2

## CERTIFICATE OF SERVICE

On this 27th day of May, 2022, a copy of the foregoing was served on counsel of record for the defendants via the Court's Electronic Filing System.

/s/*Samuel S. Dalke*
Samuel S. Dalke
Assistant United States Attorney