**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 21-407-DLF-02 |
| | : | |
| **DANIEL JOHNSON,** | : | |
| **Defendant.** | : | |

**NOTICE OF THE FILING OF**
**ADDITIONAL CHARACTER SUPPORT LETTER**

COMES NOW, Allen H. Orenberg, counsel for Daniel Johnson, to respectfully file this Notice of the Filing of an additional character support letter from Mr. Matthew Krause.

Said letter. is attached as an Exhibit to this Notice.

            Respectfully Submitted,

            _____
            Allen H. Orenberg, # 395519
            The Orenberg Law Firm, P.C.
            12505 Park Potomac Avenue, 6th Floor
            Potomac, Maryland 20854
            Tel. No. 301-984-8005
            Cell Phone No. 301-807-3847
            Fax No. 301-984-8008
            aorenberg@orenberglaw.com

Dated: May 31, 2022