

**Support Letter**

To:

Honorable Dabney L. Friedrich
United States District Judge
United States Courthouse
300 Constitution Avenue, N.W.
Washington, D.C. 20001

    Dear Judge Dabney L. Friedrich, my name is Matt Kraus. I am Daniel Johnsons employer. I have known Daniel Johnson for the last 5 years and have employed him since the 2019. From day one Daniel has stood out as a person who carries himself with compassion, honesty & integrity. There have been occasions where I have shown vulnerabilities where he has shown compassion instead of taking advantage. Instances where he has made mistakes and knew he could get away with lying but was honest. Daniel holds his head high on a daily basis, never gives up & tries his best to hold himself above reproach regardless of the circumstances.

    As an employer I try not to show any vulnerabilities to my employees. In the past I have let employees in my personal life & it has never been a positive experience for me. With Daniel we have been through enough in the last 5 years that I would be proud to consider him as were family. Throughout the years that I have known Daniel, when mistakes are made, he has addressed them with wholehearted honesty & does whatever he can to correct issues that he has generally unintentionally created no matter what the cost. For Daniels integrity, he chooses to surround himself with others who are successful & those that aren't, he consistently try's lift people up. In My eyes he is above reproach at work & tries his best to carry that into his personal life.  Since day one of me knowing Daniel Johnson, I have seen something special in Daniel & I feel fortunate to be able to watch him grow daily.

    I hope this letter helps better to describe the Daniel Johnson I know. I appreciate everything Daniel does for me at work & the friendship we have grown to have outside of work. Thank you for taking the time to read this support letter.

Sincerely, Matthew Kraus
507-208-0172
8113 Viola Rd NE
Eyota MN, 55934