IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | No. 21-407-DLF-02 |
| : | |
| DANIEL JOHNSON, : | |
|     Defendant. : | |

**DEFENDANT'S MOTION TO DELAY SELF-SURRENDER
TO THE FEDERAL BUREAU OF PRISONS**

COMES NOW, Allen H. Orenberg, counsel for Daniel Johnson, to respectfully request the entry of an Order delaying the self-surrender reporting date to the Federal Bureau of Prisons (BOP) until November 15, 2022, or later. As grounds, the following is stated.

1. On June 1, 2022, the Court imposed a sentence essentially consisting of four months imprisonment followed by one year of supervised release. The Court also permitted Mr. Daniel Johnson the courtesy of self-surrender to the BOP when so directed.

2. On June 27, 2022, Mr. Daniel Johnson received a letter from the United States Probation Office directing him to self-report to FCI Sandstone on July 6, 2022, by 2:00 p.m.

3. Mr. Daniel Johnson is requesting this Court to delay his self-surrender date until November 15, 2022 (or later) because of his employment obligations and responsibilities. Attached as an exhibit is a letter from his employer – Matthew Kraus, Owner of Weathershield Roofing LLC – who informs the Court of Mr. Johnson's vital

position as a key employee of the company. Mr. Krause respectfully asks the Court to postpone the reporting date. He states". . . he is essential in how my business strategizes where, when & what project we do by staying in tune with the crews. It is going to be almost impossible to fill his shoes." Apparently, the roofing company performs it's work outdoors as Mr. Kraus requests ". . . his incarcerations date be set out to 11/15/22 if possible, this date would allow for the majority of the work season to be completed and allow the incarceration period to commence during or slow season."

4.     Counsel has today contacted AUSA Samuel S. Dalke regarding this motion but has not yet received a response indicating the government's position.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, Daniel Johnson, respectfully requests the entry of an Order delaying the self-surrender reporting date to the BOP until November 15, 2022, or later.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

Dated: June 28, 2022