UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL JOHNSON<br><br>Defendants. | Case No. 21-cr-407-DLF |

## RESPONSE TO MOTION TO DELAY REPORTING

The government does not oppose Daniel Johnson's motion to delay reporting (Doc. 77).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:  /s/ Samuel S. Dalke
SAMUEL S. DALKE
PA Bar No. 311803
Assistant U.S. Attorney, Detailee
U.S. Attorney's Office
601 D Street, NW
Washington, D.C. 20001
717-515-4095
Samuel.S.Dalke@usdoj.gov