UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>DANIEL JOHNSON,<br><br>   *Defendant.* | No. 21-cr-407-2 (DLF) |

### ORDER

Upon consideration of defendant Daniel Johnson's Motion to Delay Reporting to the Federal Bureau of Prisons, Dkt. 77, and the government's lack of opposition, Dkt. 78, the motion is **GRANTED**.

Accordingly, it is

**ORDERED** that the defendant Daniel Johnson shall report to the BOP on November 15, 2022, or later, as directed by the Probation Office and/or the BOP.

_____
DABNEY L. FRIEDRICH
United States District Judge

July 5, 2022