AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

District of Columbia ☑

U.S. MARSHAL-DC AM8:43
RECEIVED FEB 12 '24

United States of America

v.

**DANIEL JOHNSON-2**

Case No.   CR 21-407-2

)
)
)
)
)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DANIEL JOHNSON                                                                            ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ❏ Complaint

❏ Probation Violation Petition     ☑ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:
1. On or about February 1, 2024, in the Northern District of Iowa, Mr. Johnson was charged and arrested for domestic abuse assault and interference with official acts, case number SRCR026981.
2. On or about February 1, 2024, in the Northern District of Iowa, Mr. Johnson had the smell of a strong odor of alcoholic beverage emanating from his person.
3. On or about February 8, 2024, in the Northern District of Iowa, Mr. Johnson had not notified his probation officer that he was arrested.

Date:   02/12/2024

_____
*Issuing officer's signature*

City and state:   Washington, DC

Jonathan C. Hopkins, Courtroom Deputy Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 02/12/2024 , and the person was arrested on *(date)* 02/23/2024 | |
| at *(city and state)* Cedar Rapids, IA . | |
| Date:   02/23/2024 | *Grady Sheehy*<br>*Arresting officer's signature* |
| | Grady Sheehy, DUSM<br>*Printed name and title* |